## Commonwealth *v.* Hammond, Appellant.

Submitted September 14, 1971. *John D. Hammond*, appellant, in propria persona; *O. Warren Higgins* and *Ralph B. D'Iorio*, Assistant District Attorneys, and *Stephen J. McEwen, Jr.*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.